# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

CHARLES E. GARNER                                                                    PLAINTIFF

VS.                                                         CAUSE NO. 5:08-cv-00196-KS-MTP

CIGNA GROUP INSURANCE                                                                DEFENDANT

## ORDER DISMISSING AND SUBSTITUTING DEFENDANT

THIS CAUSE came on to be heard during the telephonic Case Management Conference on July 1, 2008, on the *ore tenus* Motion of the Plaintiff, joined by the Defendant Life Insurance Company of North America, incorrectly sued and named in the Complaint as "CIGNA Group Insurance," to dismiss "CIGNA Group Insurance" and to substitute in its place as the Defendant, *nunc pro tunc*, Life Insurance Company of North America, and the Court, finding that the Defendant is improperly named in the Complaint as "CIGNA Group Insurance," and that the proper Defendant, Life Insurance Company of North America, has appeared as the Defendant in this case and has answered, and being otherwise advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that "CIGNA Group Insurance" is dismissed and the Defendant Life Insurance Company of North America is substituted in its place as the Defendant in this action, *nunc pro tunc*.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall revise the docket in this action to show that the Defendant is Life Insurance Company of North America. All further pleadings and papers served and filed in this case shall be filed under the style "Charles E. Garner, Plaintiff vs. Life Insurance Company of North America, Defendant."

SO ORDERED AND ADJUDGED this the 21st day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE


APPROVED AND AGREED:

CHARLES E. GARNER

By: VARNER, PARKER AND SESSUMS, P.A.
    His Attorneys

By: _____
    DAVID M. SESSUMS, ESQ.


LIFE INSURANCE COMPANY OF NORTH AMERICA

By: WYATT, TARRANT & COMBS, LLP

By: _____
    THOMAS C. GERITY, MSB #4799

35118092.2
1/7/2009 2:59 PM

2